**2100 B (12/15**)

# United States Bankruptcy Court

District of Utah
Case No. 16-25804
Chapter 13

In re: Debtor(s) (including Name and Address)

Samuel D Ashcraft
714 S 1050 W
Tooele UT 84074

Janessa T Ashcraft
714 S 1050 W
Tooele UT 84074

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/26/2017.

Name and Address of Alleged Transferor(s):

Claim No. 6: UHEAA, PO BOX 145108, SALT LAKE CITY, UT 84114-5108

Name and Address of Transferee:

ECMC
po box 16408
St. Paul, MN 55116-0408

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/28/17

David A. Sime
**CLERK OF THE COURT**

United States Bankruptcy Court
District of Utah

In re:
Samuel D Ashcraft
Janessa T Ashcraft
         Debtors

Case No. 16-25804-RKM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: bentzc     Page 1 of 1     Date Rcvd: Jul 26, 2017
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.
10298430         UHEAA,    PO BOX 145108,    SALT LAKE CITY, UT 84114-5108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:
NONE.                                                                                                    TOTAL: 0